No. 88–1324.   DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. *v.* DUDLEY.   C. A. 7th Cir.   Motion of respond-

ent for leave to proceed *in forma pauperis* granted. Certiorari denied.